■ (A) SIDNEY BLUMENBERG, Respondent, v. ARCHIBALD NEUBECKER, Appellant. (B) ANGELO J. PALIOTTO, Appellant, v. THOMAS P. FINEGAN et al.,

**876**

Respondents. (C) In the Matter of the Town of Huntington, Respondent, v. Mortimer T. Brown, Appellant. (D) Sarah Sanick, Appellant, v. Herman Schauder, Respondent. (E) Marie McK. Rooney, Respondent, v. Robert P. Rooney, Appellant. (F) Village of Belle Terre et al., Respondents, v. Oakwood Park Corporation, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.